STUART PHIPPEN v. BAYSIDE FEDERAL SAVINGS AND LOAN ASSOCIATION.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante,* p. 916.]